# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 119

| | |
|---|---|
| **PORCHEA GREEN,** *individually and on behalf of all others similarly situated,* )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DEVILLE ASSET MANAGEMENT, LTD,** )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

Before the Court is the "Notice" of Substitution of Counsel [# 10]. On July 5, 2018, Attorneys Maria P. Woods filed a notice of appearance on Defendant's behalf [# 9]. On that same date, Woods and Attorney Sean T. Patrick filed a notice of substitution of counsel. In this Court, however, an attorney cannot simply file a *notice* of substitution. *See* LCvR 83.1(f).

Accordingly, the Court **DIRECTS** the Clerk to strike the Notice [# 10]. The Court **DIRECTS** Attorney Sean T. Patrick to file a motion to withdraw that comports with LCvR 83.1(f). Only then will the Court consider granting leave to withdraw as counsel.

Signed: July 6, 2018

Dennis L. Howell
United States Magistrate Judge