# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:18 cv 119

| | |
|---|---|
| **PORCHEA GREEN,** *individually and on behalf of all others similarly situated*, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DeVILLE ASSET MANAGEMENT, LTD,** )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

Before the Court is the motion for *pro hac vice* admission [# 14] filed by Craig Shapiro, counsel for Plaintiff Porchea Green.

Upon review of the motion, it appears Yitzchak Zelman is a member in good standing with the New Jersey Bar and will be appearing with Craig Shapiro, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 14]. The Court **ADMITS** Yitzchak Zelman to practice *pro hac vice* before the Court while associated with local counsel.

Signed: August 9, 2018

Dennis L. Howell
United States Magistrate Judge