# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00119-MR-WCM

| | |
|---|---|
| **PORCEA GREEN, individually and on behalf of all others similarly situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**DEVILLE ASSET MANAGEMENT, LTD.,** )<br>)<br>**Defendant.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Stay and Notice of Receivership [Doc. 17]. The Plaintiff consents to the Defendant's Motion.

For the reasons stated in the Defendant's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Stay [Doc. 17] is **GRANTED**, and this action is hereby **STAYED** until further Order of the Court.

**IT IS FURTHER ORDERED** that the parties shall file a status report with the Court every ninety (90) days until such time as the receivership

action pending in the United States District Court for the District of Maryland is resolved.

**IT IS SO ORDERED**.

Signed: November 16, 2018

Martin Reidinger
United States District Judge